UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE COLBERT,<br>　　　　　Plaintiff,<br>　　v.<br>A. LILE, et al.,<br>　　　　　Defendants. | Case No. 25-cv-00231-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was given leave to file a first amended complaint. Dkt. No. 8. The due date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. This case is therefore dismissed without prejudice. The clerk shall terminate any pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: July 11, 2025

　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge